**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 13, 2013**

_____

B13-01055                        FDE\aws

```
               UNITED STATES BANKRUPTCY COURT
              FOR THE SOUTHERN DISTRICT OF OHIO

IN RE:                           )   CHAPTER 13
                                 )
DAVID S. GIBSON                  )   CASE NO. 13-13372
                                 )
JOYCE L. BROWN                   )   JUDGE BETH A. BUCHANAN
                                 )
        Debtors                  )   AGREED ORDER GRANTING CITIMORTGAGE,
                                 )   INC., ITS SUCCESSORS AND ASSIGNS
                                 )   RELIEF FROM STAY
                                 )   (DOCKET #1)
                                 )
                                 )   PROPERTY ADDRESS:
                                 )   ** 8710 Neptune Dr
                                 )      Cincinnati, OH  45231
```

This matter came to be considered upon the Bankruptcy Petition filed by the Debtors, David S. Gibson and Joyce L. Brown.

Debtors have indicated via their filed Chapter 13 Plan that said property, described on Exhibit A, a copy of which is attached hereto, is to be surrendered to creditor CITIMORTGAGE, INC., its successors and assigns. Based upon this, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

SUBMITTED BY:

/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Faye D. English #0075557
Edward A. Bailey #0068073
P.O. Box 39696
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5521
fenglish@reimerlaw.com

APPROVED BY:

/s/ Darlene Smith
Darlene Smith
#0076412
114 E Eighth Street
Cincinnati, Ohio 45202
Phone No. 513-621-8688
Attorney for Debtor

HAVE SEEN:

/s/ Margaret A. Burks
Margaret A. Burks
600 Vine Street, Suite 2200
Cincinnati, OH 45202
Phone No. 513-621-4488
Fax No. 513-621-2643

## EXHIBIT A

Situate in Township of Springfield, County of Hamilton and State of Ohio and being Lot Number 45 as the same is numbered and designated on the recorded plat of Skyline Acres, Block A, to said Township, a copy of which Plat is recorded in Plat Book 82, Pages 81 to 83, Hamilton County, Ohio plat records,

Copies to:

Default List

Hamilton County Treasurer
138 East Court Street, Room 402
Cincinnati, Ohio 45202


                                # # #